IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIENTIFIC TELECOMMUNICATIONS, LLC<br><br>    Plaintiff,<br>    v.<br><br>BROCADE COMMUNICATION SYSTEMS, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 14-CV-1337-SLR |

**JOINT MOTION TO DISMISS**

WHEREAS, Plaintiff Scientific Telecommunications, LLC ("Plaintiff") and Defendant Brocade Communication Systems, Inc. ("Defendant") have resolved Plaintiff's claims for relief against Defendant asserted in this case and Defendant's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated:  April 23, 2015                                                Respectfully submitted,

| | |
|---|---|
| /s/ Stamatios Stamoulis | /s/ Philip A. Rovner |
| Stamatios Stamoulis (#4606) | Philip A. Rovner (#3215) |
| Richard C. Weinblatt (#5080) | Jonathan A. Choa (#5319) |
| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
| Two Fox Point Centre | Hercules Plaza |
| 6 Denny Road, Suite 307 | P.O. Box 951 |
| Wilmington, DE 19809 | Wilmington, DE 19899 |
| (302) 999-1540 | (302) 984-6000 |
| stamoulis@swdelaw.com | provner@potteranderson.com |
| weinblatt@swdelaw.com | jchoa@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Scientific Telecommunications LLC* | *Brocade Communications Systems, Inc.* |